Martin Moreno Ruiz
Martin Moreno Ruiz
**Name and Prisoner/Booking Number**

Free world,
**Place of Confinement**

Palacio postal, npdo -16-, Tacuba #1, colonia centro,
**Mailing Address**

Alcaldia cuauhtemoc, ciudad de méxico. c.p. 06002
**City, State, Zip Code**

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☒ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY

NOV 0 2 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

MARTIN MORENO RUIZ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) LUIS FELIPE CALDERÓN HINOJOSA
(Full Name of Defendant)
(2) ENRIQUE PEÑA NIETO,
(3) SECRETARIA FEDERAL DEL TRABAJO Y PREVISION SOCIAL.
(4) CAMARA DE DIPUTADOS, COMISION DEL TRABAJO Y PREVISION SOCIAL DEL PODER LEGISLATIVO DE MEXICO Y LA COMISION DE RELACIONES EXTERIORES DE NORTE AMERICA
Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV23-02288-PHX-DWL--ESW
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

"JURY TRIAL DEMANDED"

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: 28 U.S.C. SECTION 1251, 1330, 1332(1)(2), 1350, 1441, 1602,

2. Institution/city where violation occurred: MEXICO CITY

Revised 3/11/16                1                    550/555

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  LRCivP 5.4
                (Rule Number/Section)

# ADDITIONAL DEFENDANTS

5.- LEGISLATURA DE LA CAMARA DE SENADORES, CAMARA DE SENADORES DEL CONGRESO DE LA UNION, COMISSION DE ESTIMULACION ECONOMICA y COMISSION DEL TRABAJO y PREVISION SOCIAL DEL PODER LEGISLATIVO y la COMISION DE RELACIONES EXTERIORES DE NORTE AMERICA.

6.- CAMARAS DEL PODER EXECUTIVO DE LOS ESTADOS UNIDOS MEXICANOS

7.- CAMARAS DEL PODER JUDICIAL DE LOS ESTADOS UNIDOS MEXICANOS

## OTHER JURISDICTION

28 U.S.C. SECTIONS 1603, 1605, 1607, 1608, 1609, 1610, 1611, 1631, 1696, 1781, 1782, 1783, 1784; U.S.A CONSTITUTION ARTICLES 1 SECT. 10, 3 SECT. (2.1), (2.2), (2.3), 4 SECT. (1)(2), 5 U.S.A. AMENDMENTS ARTICLES VI, VII, VIII, IX, X, AND XIV; UNIVERSAL DECLARATION OF HUMAN RIGHTS UNITED NATIONS CHARTERS; HAINES V. KERNEY, 404 U.S. 519 (1972); HUGLES V. ROWE, 449 U.S. 8 101 S.Ct. 173 (1980); STATE DEPARTMENT AUTHORITIES ACT OF 1956 AS AMENDED THROUGH P.C. 112-283 ENACTED August 13, 2018. SECTION 1 [2651 a] (c)(2)(B)(i)(iv) AND SECTION 210 [4310]; TORTURE VICTIM PROTECTION ACT OF 1991, INTERNATIONAL ORGANIZATIONS IMMUNITIES ACT. DECEMBER 9, 1948; 22 U.S.C. 288-288 F-2 TITLE 1 SECTION 2(b)(c) AND SECTION 2(b), UNITED NATIONS CONVENTION AGAINST THE TORTURE AND OTHER CRUEL AND INHUMAN OR DEGRADING TREATMENT OR PUNISHMENT ("CAT"); INTERNATIONAL COVENANT ON CIVIL AND POLITICAL RIGHTS ("ICCPR"); F.R.CIV.P. RULE 4(K)(2); AMERICAN GOVERNMENT FIFTEENTH EDITION WALLACE S SAY REASSIGNED TO BARNES & NOBLE INC. REPRINTED 1966, CHAPTER 13 OF THE FEDERAL JUDICIAL SYSTEM PAGE 88 (i)(b), 42 USC. 1981; EQUAL RIGHTS UNDER THE U.S. LAWS OF THE JURISDICTION OF U.S.; THOMPSON V. MADISON WENG 426 U.S. 88 96 S.Ct 1895 L.ED 495 (1975); generally UNITED STATES V. MORTON, 467 U.S. 882-828 (1984); RUHGAS AG V. MARATHON OIL CO. 526 U.S. 574, 583 (1999); SECTION 3 OF PUB. L. 96-170 SET OUT AS EFFECTIVE DATE 1979 AMENDMENT, NOTE UNDER SECTION 1343 OF TITLE 28; 28 USC 1391 (c)(F), 1603 (a)(3)(b), 1391 SUBDIVISION (a) CLAUSE (2) IN LEROY V. GREAT WESTERN UNITED CORP. 443 U.S. 173, 99 S.Ct. 2710 (1979); F.R.CIV.P. RULE (4)(e)(F)(1)(4)(h)(i)(M) BURMAN V. SUPERIOR COURT OF CALIFORNIA, 495 U.S. 604, 110 S.Ct. 2105 CLAUSE (3); CARRIER V. CATERPILLAR INC, 405 F. SUPP. 2d (W.D. WASH. 2005

"PAGE 1-A"

(1)

## B. DEFENDANTS

1. Name of first Defendant: **Luis Felipe Calderon Hinojosa**. The first Defendant is employed as: **Ex-President of the United States of Mexico**
   (Position and Title) _____ (Institution)

2. Name of second Defendant: **Enrique Peña Nieto**. The second Defendant is employed as:
   as: **Ex-President of the United States of Mexico**
   (Position and Title) _____ (Institution)

3. Name of third Defendant: **Secretaria Federal del Trabajo**. The third Defendant is employed as: **Secretaria Federal del Trabajo y Prevision Social**
   (Position and Title) _____ (Institution)

4. Name of fourth Defendant: **Camara de Diputados**. The fourth Defendant is employed as: **Commission del Trabajo y Prevision Social del Poder Legislativo de Mexico y la Comision de Relaciones Exteriores de Norte America.**
   (Position and Title) _____ (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☐ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

D. CAUSE OF ACTION

COUNT I

1. State the constitutional or other federal civil right that was violated: **ABUSE OF AUTHORITY**

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. DEFENDANT LUIS FELIPE CALDERON HINOJOSA EX-PRESIDENT OF THE UNITED STATES OF MEXICO (2009-2013), PLAINTIFF ACCUSE DEFENDANT OF ABUSE OF AUTHORITY FOR THE VIOLATION OF PLAINTIFF INTERNATIONAL, FEDERAL, STATE, MUNICIPAL AND OTHER INDIVIDUAL HUMAN RIGHTS AS A WORKER, LABOR DUE TO DEFENDANT LABOR REFORM PROPOSAL OF SEPTEMBER 1ST, 2012, IT PROPOSAL WAS AFFIRMED ON NOVEMBER 30, 2012 BY THE MEXICAN LEGISLATIVE FEDERAL POWER TO BECOME A LAW AFTER 3 6 MONTHS OF THE APPROVED DATE. SUCH LABOR REFORM PROPOSAL DO NOT COMPLY WITH THE LEGISLATIVE PROCESS ESTABLISH BY THE POLITICAL CONSTITUTION OF 1917 OF THE UNITED STATES OF MEXICO, THE ORGANIC LAW OF THE GENERAL CONGRESS OF THE UNITED STATES OF MEXICO AND THE DEPUTY CHAMBERS REGULATIONS, IT PROPOSAL IS INCONSTITUTIONALITY AND TREASON TO THE FATHERLAND BECAUSE IT WANT TO REPLACE THE CONCILIATION AND ARBITRATION BOARDS WITH INDEPENDENT JUDICIAL BODIES, WHICH ARE INTENDED THE STREAMLINE THE LABOR JUSTICE TO ENSURING THAT THE JUSTICE REFORM IS, IN LAW PRACTICE, INDEPENDENT, TRANSPARENT, OBJECTIVE AND IMPARTIAL BUT IT IS ALL THE CONTRARY

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). PLAINTIFF LOSS TIME, MONEY, PHYSICAL AND MENTAL EFFORTS - FORCE IN THE PROCEEDINGS. AGAINST SUCH LABOR PROPOSAL REFORM - ACTUAL LABOR REFORM OF MEXICO

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>ABUSE OF AUTHORITY</u>

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ■ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. DEFENDANT luis Felipe Calderon Hinojosa, ex-President of the United States of Mexico (2009-2013) Plaintiff accuses Defendant of abuse of authority for the violation of Plaintiff International, Federal, State, municipal and other individual human rights as a Mexican worker, due to Defendant labor reform proposal of September 1st, 2012. It proposal was affirmed on November 30, 2012 by the Mexican legislative power to became a law after 36 months of the approved date such labor law said that noncriminal or administrative sanctions apply for the public servant abused against the labor laws "the labor normatively do not foresee significative sanctions to those who incurre in disloyal practices and informals contrary to the labor law" it law is only for the criminals, since it law let plaintiff as worker in the indefension state. Due to the labor new tribunals corruption and sale of labor files of the workers, penalty of labor laws rarely applied and are insufficient to deter violations.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Plaintiff loss time, money physical and mental efforts-force in proceedings against such labor proposal reform - actual labor law of Mexico and labor Tribunals practices

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ■ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ■ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ■ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: ABUSE OF AUTHORITY

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☑ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. DEFENDANT LUIS FELIPE CALDERON HINOJOSA, EX-PRESIDENT OF THE UNITED STATES OF MEXICO (2009-2013), PLAINTIFF ACCUSE THE DEFENDANT OF ABUSE OF AUTHORITY FOR THE VIOLATION OF PLAINTIFF INTERNATIONAL, FEDERAL, STATE, MUNICIPAL AND OTHER INDIVIDUAL HUMAN RIGHTS AS A MEXICAN WORKER DUE TO DEFENDANT IMPOSE BY FORCE AND NAMED ONLY EX-MEMBERS OF THE CONCILIATION AND ARBITRATION LABOR BOARDS AS THE REPRESENTATIVE AND LEGAL ASESORY TO THE WORKERS IN THE LABOR TRIBUNALS SUCH PRACTICES ARE CONTRARY TO THE LABOR LAWS BECAUSE THEY ARE EMPLOYEES OF THE NEW LABOR TRIBUNALS AND CANNOT BE MIXED AS WORKERS LEGAL ASESORY AND LEGAL REPRESENTATIVES OF SUCH WORKERS. LABOR LAWS PENALTIES RARELY APPLIED AND ARE INSUFFICIENT TO DETER VIOLATIONS.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). PLAINTIFF LOSS TIME, MONEY, PHYSICAL AND MENTAL EFFORTS-FORCED IN PROCEEDINGS AGAINST SUCH LABOR REFORM PRACTICES OF THE LABOR TRIBUNALS.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## COUNT IV

1.- STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED: ABUSE OF AUTHORITY

2.- COUNT IV. THE ISSUE INVOLVED IS ● BASIC NECESSITIES

3.- SUPPORTING FACTS:
DEFENDANT LUIS FELIPE CALDERON HINOJOSA, EX-PRESIDENT OF THE UNITED STATES OF MEXICO (2009-2013) PLAINTIFF ACCUSE THE DEFENDANT OF ABUSE OF AUTHORITY FOR THE VIOLATION OF PLAINTIFF INTERNATIONAL, FEDERAL, STATE, MUNICIPAL AND OTHER INDIVIDUAL HUMAN RIGHTS AS A MEXICAN WORKER, FOR THE NEW LABOR REFORM LAWS WHICH SAID THAT IS NOT VALID TO SEEK THE BOTH REMEDIES OF COMPENSATION FOR DEPRIVATIONS AND REINSTATEMENT OF THE WORKER. PLAINTIFF AS A MEXICAN WORKER HAVE THE RIGHT TO CHOOSE BOTH AND SEEK BOTH REMEDIES FOR HES SUFFER DEPRIVATIONS AS A WORKER.

4.- INJURY.- STATE HOW YOU WERE INJURED BY THE DEFENDANTS ACTIONS. PLAINTIFF LOSS MONEY, TIME, PHYSICAL AND MENTAL EFFORTS-FORCES WHILE HE WAS LITIGING A LEON GUANAJUATO, MEXICO, LABOR CASE AGAINTS THE GUANAJUATO GOVERNMENT.

5.- REMEDIES.- PLEASE SEE: PAGE 5(5) OF THIS COMPLAINT.

## COUNT V

1.- STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED: ABUSE OF AUTHORITY.

2.- COUNT V. THE ISSUE INVOLVED IS ● BASIC NECESSITIES

3.- SUPPORTING FACTS:
DEFENDANT ENRIQUE PEÑA NIETO, EX-PRESIDENT OF THE UNITED STATES OF MEXICO (2013-2019) PLAINTIFF ACCUSE THE DEFENDANT OF ABUSE OF AUTHORITY FOR THE VIOLATION OF PLAINTIFF INTERNATIONAL, FEDERAL, STATE, MUNICIPAL AND OTHER INDIVIDUAL HUMAN RIGHTS AS A MEXICAN WORKER, DUE TO DEFENDANT DO NOT COMPLY FULLY WITH HE'S DUTY'S AND RESPONSIBILITIES FOR THE PERSONAL, ARBITRARY, CAPRICIOUSLY, PARTICULAR, DELIBERATELY FRIVOLOUS AND BAD FAITH PRESIDENTIAL DECREES AND AGREEMENTS OF THE LABOR LAWS OF ONLY LABOR CONCILIATION BY FORCE AT ANY LABOR LAWSUITS MADE BY THE PLAINTIFF AS A MEXICAN WORKER. DEFENDANT LABOR REFORM WHICH ENDED THE PLAINTIFF FREE CHOICE TO THE RIGHT OF CONCILIATION OR JUDGMENTS IN THE LABOR LAWSUITS, COMPLAINTS AND LITIGATIONS FOR PLAINTIFF LAWSUITS IN THE LABOR FIELDS.

4.- INJURY.- STATE HOW YOU WERE INJURED BY THE DEFENDANTS ACTIONS. PLAINTIFF LOSS MONEY, TIME, PHYSICAL AND MENTAL EFFORTS-FORCES WHILE HE WAS PURSUIT A LABOR LAWSUIT IN MEXICO CITY AND IN LEON, GUANAJUATO, MEXICO, THEY REACH AT SUCH DECISION-DECREE.

5.- ADMINISTRATIVE REMEDIES.- PLEASE SEE: PAGE 5(5) OF THIS COMPLAINT.

## COUNT VI

1.- STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED: ABUSE OF AUTHORITY

2.- COUNT VI. THE ISSUE INVOLVED IS ● BASIC NECESSITIES

"PAGE 5-A"



3- SUPPORTING FACTS:
DEFENDANT ENRIQUE PEÑA NIETO, EX-PRESIDENT OF THE UNITED STATES OF MEXICO (2013-2019). PLAINTIFF ACCUSE THE DEFENDANT OF ABUSE OF AUTHORITY FOR THE VIOLATION OF PLAINTIFF INTERNATIONAL, FEDERAL, STATE, MUNICIPAL AND OTHER INDIVIDUAL HUMAN RIGHTS. DUE TO DEFENDANT DO NOT COMPLY FULLY WITH HE'S DUTY'S AND RESPONSABILITIES FOR THE PERSONAL, ARBITRARY, CAPRICIOUSLY, PARTICULAR, DELIBERATELY, FRIVOLOUS AND BAD FAITH PRESIDENTIAL DECREES AND AGREEMENTS OF THE PENAL CODE'S LAW REFORMS. THE DEFENDANT PENAL REFORM ENDED THE FREE CHOICE OF THE INDIGENT ACCUSED OF ANY PENAL PROCESS. BECAUSE THE PUBLIC DEFENDER REPRESENTATION GOING TO BE BY FORCE AND THE ACCUSED DO NOT HAVE THE RIGHT TO CHANGE THE PUBLIC DEFENSE COUNSEL APPOINTED BY FORCE. IT PENAL LAW GIVE AND FURNISH THE PUBLIC DEFENDERS A FREE HANDS TO PLAY UNFAIRLY, MISREPRESENTED, MISADVISE, SALE THE CONVICTION OR TRIAL OR OTHERWISE AGAINST THE ACCUSED.

4- INJURY - STATE HOW YOU WERE INJURED BY THE ACTIONS OF DEFENDANTS PLAINTIFF LOSS MONEY, TIME, PHYSICAL AND MENTAL EFFORTS FORCED IN THE LAWSUITS SINCE 2009 UNTIL TODAY'S PROCEEDINGS.

5- ADMINISTRATIVE REMEDIES - PLEASE PAGE 5(S) OF THIS COMPLAINT.

## COUNT VII

1- STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED: ABUSE OF AUTHORITY.

2- COUNT VII - THE ISSUE INVOLVED IS ● BASIC NECESSITIES

3- SUPPORTING FACTS:
DEFENDANT ENRIQUE PEÑA NIETO, EX-PRESIDENT OF THE UNITED STATES OF MEXICO (2013-2019). PLAINTIFF ACCUSE THE DEFENDANT OF ABUSE OF AUTHORITY FOR THE VIOLATION OF PLAINTIFF INTERNATIONAL, FEDERAL, STATE, MUNICIPAL AND OTHER INDIVIDUAL HUMAN RIGHTS. DEFENDANT DO NOT COMPLY FULLY WITH HE'S DUTY'S AND RESPONSABILITIES FOR THE PERSONAL, ARBITRARY, PRIVATE, CAPRICIOUSLY, DELIBERATELY, FRIVOLOUS AND BAD FAITH PRESIDENTIAL DECREES AND AGREEMENTS OF THE PENAL CODES LAW REFORMS CONCERNING THE AGE OF STAY OF THE CHILDRENS WHO BORN INSIDE OF THE MEXICAN PRISONS INSTITUTIONS AND THE MEXICAN DEPARTMENT OF CORRECTIONALS FROM SIX (6) YEARS TO THREE (3) YEARS TO LIVE AND RACE "GROWTH" INSIDE OF THE PENAL-PRISON SYSTEM AND INSTITUTIONS WITH THEY PARENTS. IT IS A CRUEL UNUSUAL INHUMAN PUNISHMENT ACT. IT IS CRUEL ACT CONTRARY TO THE MEXICAN POLITICAL CONSTITUTION CHILDRENS RIGHTS AND UNITED NATIONS UNIVERSAL DECLARATION OF CHILDRENS RIGHTS.
SINCE THE MEXICAN PENITENTIARIES ARE FACTORIES OF HUMAN BEINGS AND HUMAN CLONS FOR INTERNATIONAL CRIMINAL ACTIVITIES OF EXPORTATION. IT HUMAN BEINGS FACTORIES ARE A REWARDS FROM THE MEXICAN GOVERNMENT TO THEY MEXICAN GOVERNMENT CRIMINAL GANG MEMBERS, THE MEXICAN GOVERNMENT IS RAISING AND PREPARING THE CRIMINALS INSIDE OF THE MEXICAN DEPARTMENT OF CORRECTIONALS TO ATTACK THE FREE WORLD CIVIL SOCIETY AND THEY POLITICAL ENEMIES. THEY LINKING EACH OTHER ABOUT THE CRIMINAL REPRODUCTION INSIDE OF THE PRISON AND JAIL WALLS. THE MEXICAN GOVERNMENT ASSIGNED THE MEXICAN MONETARY BUDGET TO ATTACK THE MEXICAN CIVIL SOCIETY AND ALL THOSE WHO DO NOT ENJOY THE MEXICAN GOVERNMENTAL CRIMINAL GANGS. THEY ASSIGNED SUCH MONETARY BUDGET TO GIVE HORMONES, SILICONS MEDICATION, SURGERY FOR FACIAL AND FINGERPRINTS CHANGES, CESAREAN, DRUGS,

"PAGE 5-B"

[3]

FOR THE MEXICAN GOVERNMENT CRIMINAL GANG MEMBERS ONLY THE GROUP [...] THE THIRD WORLD MEXICAN CITIZENS OF CERTAIN FREE SOCIAL PROGRAMS OF EDUCATION.

4.- INJURY.- STATE HOW YOU WERE INJURED BY THE ACTIONS OF DEFENDANTS: PLAINTIFF LOSS MONEY, TIME, PHYSICAL AND MENTAL EFFORTS-FORCE IN THE LAWSUITS SINCE 2004 UNTIL TODAY'S PROCEEDINGS.

5.- ADMINISTRATIVE REMEDIES.- PLEASE SEE: PAGE 5 (S) OF THIS COMPLAINT.

## COUNT VIII

1.- STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED: ABUSE OF AUTHORITY
2.- COUNT VIII. THE ISSUE INVOLVED IS ● BASIC NECESSITIES
3.- SUPPORTING FACTS:
DEFENDANT ENRIQUE PEÑA NIETO, EX-PRESIDENT OF THE UNITED STATES OF MEXICO (2013-2019) PLAINTIFF ACCUSE THE DEFENDANT OF ABUSE OF AUTHORITY FOR THE VIOLATION OF PLAINTIFF INTERNATIONAL, CONSTITUTIONAL, STATE, MUNICIPAL AND OTHER INDIVIDUAL HUMAN RIGHTS. DEFENDANT DO NOT COMPLY WITH HES DUTY'S AND RESPONSABILITIES FOR THE PERSONAL, ARBITRARY, PRIVATED, CAPRICIOUSLY, DELIBERATELY, FRIVOLOUS AND BAD FAITH PRESIDENTIAL DECREES AND AGREEMENTS OF THE ECONOMIC CODES LAW REFORMS CONCERNING THE ARTICLE NINE (9) OF THE FEDERAL LAW OF ECONOMIC COMPETENCY OF THE UNITED STATES OF MEXICO OF THE ENUMERATION AND DETERMINATION OF PRICES OF THE ITEMS OF BASIC HUMAN NECESSITIES FOR THE HUMAN LIFE, DUE TO THE MEXICAN GOVERNMENT CONCESSIONS TO THE FOREING COMPANIES TO FACTORY SUCH ITEMS.

4.- INJURY.- STATE HOW YOU WERE INJURED BY THE ACTIONS OF DEFENDANTS: PLAINTIFF LOSS MONEY, TIME, PHYSICAL AND MENTAL EFFORTS-FORCE IN THE ATTEMPT TO MADE THE MEXICAN GOVERNMENT TO POINT OUT ANY AND ALL ITEMS OF THE FIRST NECESSITY FOR THE HUMAN LIFE AND PLACE THE PROPER AND RIGHT PRICES.

5.- ADMINISTRATIVE REMEDIES.- PLEASE SEE: PAGE 5 (S) OF THIS COMPLAINT.

## COUNT IX

1.- STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED: ABUSE OF AUTHORITY
2.- COUNT IX. THE ISSUE INVOLVED IS ● BASIC NECESSITIES
3.- SUPPORTING FACTS:
DEFENDANT ENRIQUE PEÑA NIETO, EX-PRESIDENT OF THE UNITED STATES OF MEXICO (2013-2019) PLAINTIFF ACCUSE THE DEFENDANT, ABUSE OF AUTHORITY FOR THE VIOLATION OF PLAINTIFF INTERNATIONAL, CONSTITUTIONAL, FEDERAL, STATE, MUNICIPAL AND OTHER INDIVIDUAL HUMAN RIGHTS. DEFENDANT DO NOT COMPLY FULLY WITH HES DUTY'S AND RESPONSABILITIES FOR HES PERSONAL, FRIVOLOUS, ARBITRARY, CAPRICIOUSLY, DELIBERATELY AND BAD FAITH PRESIDENTIAL DECREES AND AGREEMENTS OF THE EDUCATIONAL REFORM WHILE ITS WAS IN THE POWER OF MEXICO. AS THE MEXICAN PRESIDENT CONCERNING THE EDUCATIONAL REFORM DO NOT ENDED THE OLD EDUCATION CUSTOM AND TRADITIONS OF CORRUPTION, IN HERITANCE AND RECOMMENDATIONS OF

"PAGE 5-C"

4

Honorability and correct carry out to apply for getting a autodidactic, self-tough BA, Master, PhD and more titles degrees in teaching English to be a English teacher of the General Direction of Accreditation, Incorporation, Revalidation and Certification Department of the Secretary of Public Education of Mexico. Also, it Education Reform denied the right to appeal the wrong ways of the new tests application to be a teacher of the Mexican Docent Service of the Secretary of Public Education of Mexico.

4.- INJURY.- State how you were injured by defendants: plaintiff loss money, time, physical and mental force-efforts while he was-is attempting to change such educational reform.

5.- ADMINISTRATIVE REMEDIES.- Please see: page 5 (5) of this complaint

## COUNT X

1.- State the constitutional or other federal civil right that was violated: ABUSE OF AUTHORITY

2.- COUNT X. The issue involved is ● BASIC NECESSITIES

3.- SUPPORTING FACTS:
Defendant La Secretaria Federal de Trabajo y Prevencion Social de los Estados Unidos Mexicanos, plaintiff accuse the defendant abuse of authority for the violation of plaintiff international, constitutional, private, federal, state and other human rights. Defendant do not fully comply with they duty's and responsabilities, for they personal arbitrary capriciously and in common agreement with the Mexican President Luis Felipe Calderon Hinojosa, affirmed the Labor Reform proposal 2012. Without looking that such approval let the labor tribunals with free hands to do business with the workers and plaintiff labor lawsuits. Such law said that none criminal or administrative sanctions apply for the public servant abuses against the labor laws. "The labor law and normatively do not foresee significative sanctions to those who incurre in disloyal practices and informals contrary to the labor laws" it law is only for criminals. Since it law let plaintiff as a worker in the indefension state due to the new tribunals of labor sale of the labor lawsuits of the workers. And the high corruption in there.

4.- INJURY.- State how you were injured by defendants: plaintiff loss money, time, physical and mental efforts-force in procedures against such labor proposal 2012, it only damages plaintiff for the "Free hands" of the labor tribunals without sanctions.

5.- ADMINISTRATIVE REMEDIES.- Please see: page 5 (5) of this complaint

## COUNT XI

1.- State the constitutional or other federal civil right that was violated: CONSPIRACY TO ABUSE OF AUTHORITY.

2.- COUNT XI. The issue involved is ● BASIC NECESSITIES

3.- SUPPORTING FACTS:
Defendant La Secretaria Federal del Trabajo y Prevencion Social de los Estados Unidos Mexicanos, plaintiff accuse the defendants in common agreement with the Mexican President affirmed the ended of plaintiff free choice to the right of conciliation or judgments in plaintiff labor lawsuits before labor tribunals.

"PAGE 5-D"

5

IT DECISION DAMAGE THE PLAINTIFF CONDITION AS PLAINTIFF CONDITION PLAINTIFF HAVE A FREE CHOICE OF BOTH REMEDIES CONCILIATION OR JUDGMENT AT ANY LABOR LAWSUIT. DEFENDANTS VIOLATED THE PLAINTIFF INTERNATIONAL, FEDERAL, STATE AND OTHER INDIVIDUAL HUMAN RIGHTS.

4- INJURY - STATE HOW YOU WERE INJURED BY DEFENDANTS PLAINTIFF LOSS MONEY, TIME PHYSICAL AND MENTAL EFFORTS - FORCE IN PROCEEDINGS AGAINST THE DEFENDANTS OF THIS CASE FOR ENDED PLAINTIFF RIGHTS IN BAD FAITH WAY.

5- ADMINISTRATIVE REMEDIES. - PLEASE SEE: PAGE 5 (5) OF THIS COMPLAINT.

## COUNT XII

1- STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED: CONSPIRACY TO ABUSE OF AUTHORITY.

2- COUNT XII. THE ISSUE INVOLVED IS ● BASIC NECESSITIES

3- SUPPORTING FACTS:
DEFENDANT LA SECRETARIA FEDERAL DEL TRABAJO Y PREVENCION SOCIAL DE LOS ESTADOS UNIDOS MEXICANOS. PLAINTIFF ACCUSE THE DEFENDANTS CONSPIRACY TO ABUSE OF AUTHORITY FOR THE VIOLATION OF PLAINTIFF INTERNATIONAL, CONSTITUTIONAL, FEDERAL, STATE AND OTHER INDIVIDUAL RIGHTS. DEFENDANTS DO NOT COMPLY WITH THEY DUTY'S AND RESPONSABILITIES WHILE THEY IN COMMON AGREEMENT WITH THE MEXICAN PRESIDENT ENRIQUE PEÑA NIETO AFFIRMED THE LAW OF ONLY CONCILIATION BY FORCE AT ANY LABOR LAWSUITS BEFORE THE LABORAL TRIBUNALS IN MEXICO.

4- INJURY - STATE HOW YOU WERE INJURED BY THE ACTIONS OF DEFENDANTS. PLAINTIFF LOSS MONEY, TIME PHYSICAL AND MENTAL EFFORTS - FORCE IN THE COMBATING PROCEEDINGS AGAINST SUCH LAW OF ONLY CONCILIATION BY FORCE.

5- ADMINISTRATIVE REMEDIES - PLEASE SEE: PAGE 5 (5) OF THIS COMPLAINT.

## COUNT XIII

1- STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED: CONSPIRACY TO ABUSE OF AUTHORITY.

2- COUNT XIII. THE ISSUE INVOLVED IS ● BASIC NECESSITIES

3- SUPPORTING FACTS:
DEFENDANT LA SECRETARIA FEDERAL DEL TRABAJO Y PREVISION SOCIAL DE LOS ESTADOS UNIDOS MEXICANOS. PLAINTIFF ACCUSE THE DEFENDANTS OF CONSPIRACY TO ABUSE OF AUTHORITY FOR THE VIOLATION OF PLAINTIFF INTERNATIONAL, CONSTITUTIONAL, FEDERAL, STATE AND OTHER INDIVIDUAL RIGHTS. DEFENDANTS DO NOT COMPLY WITH THEY DUTY'S AND RESPONSABILITIES WHILE IN COMMON AGREEMENT WITH THE MEXICAN PRESIDENT AFFIRMED THE ENDED OF THE PLAINTIFF FREE CHOICE TO THE RIGHT OF SEEK AND REQUEST BOTH REMEDIES OF COMPENSATION FOR DEPRIVATIONS AND REINSTATEMENT BEFORE THE TRIBUNALS OF LABOR IN PLAINTIFF LAWSUITS.

4- INJURY - STATE HOW YOU WERE INJURED BY THE ACTIONS OF DEFENDANTS. PLAINTIFF LOSS MONEY, TIME PHYSICAL AND MENTAL EFFORTS - FORCE IN COMBATING PROCEEDINGS AGAINST SUCH ENDED OF PLAINTIFF FREE CHOICE OF REMEDIES.

5- ADMINISTRATIVE REMEDIES - PLEASE SEE: PAGE 5 (5) OF THIS COMPLAINT.

## COUNT XIV

1- STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED: CONSPIRACY TO ABUSE OF AUTHORITY.

2- COUNT XIV. THE ISSUE INVOLVED IS BASIC NECESSITIES ●

3- SUPPORTING FACTS:
DEFENDANT LA SECRETARIA FEDERAL DEL TRABAJO Y PREVISION SOCIAL DE LOS ESTADOS UNIDOS MEXICANOS. PLAINTIFF ACCUSE THE DEFENDANTS OF CONSPIRACY

" PAGE 5 - E "

[6]

TO ABUSE OF AUTHORITY FOR THE VIOLATION OF PLAINTIFF HUMAN RIGHTS. DEFENDANT DO NOT COMPLY WITH THEY DUTY'S AND RESPONSIBILITIES. DEFENDANTS IN COMMON AGREEMENT WITH THE MEXICAN PRESIDENT ENRIQUE PEÑA NIETO AFFIRMED THE LAW OF ONLY COMPENSATION FOR DEPRIVATIONS R.T ANY LABOR LAWSUITS BEFORE THE LABORAL TRIBUNALS.

## COUNT XV

1.- STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED: ABUSE OF AUTHORITY.
2.- COUNT XV. THE ISSUE INVOLVED IS ● BASIC NECESSITIES
3.- SUPPORTING FACTS:
DEFENDANT LA CAMARA DE DIPUTADOS, COMISION DEL TRABAJO Y PREVENCION SOCIAL DEL PODER LEGISLATIVO DE LOS ESTADOS UNIDOS DE MEXICO Y LA COMISION DE RELACIONES EXTERIORES DE NORTE AMERICA LOCATED AT PALACIO LEGISLATIVO DE SAN LAZARO, AVENIDA CONGRESO DE LA UNION #66, EDIFICIO D, NIVEL 3, COLONIA EL PARQUE, ALCALDIA VENUSTIANO CARRANZA, CIUDAD DE MEXICO "5036-0000 ext. 57083" PLAINTIFF ACCUSE THE DEFENDANT ABUSE OF AUTHORITY FOR THE VIOLATION OF PLAINTIFF HUMAN RIGHTS. DEFENDANT DO NOT FULLY COMPLY WITH THEY DUTY'S AN RESPONSIBILITIES STABLISH IN THE 1917 MEXICAN CONSTITUTION AND DIPUTY CHAMBER REGULATIONS. WHILES THEY IN COMMON AGREEMENT WITH THE MEXICAN PRESIDENT LUIS FELIPE CALDERON HINOJOSA, AFFIRMED THE LABOR REFORM PROPOSAL 2012. WITHOUT LOOKING THAT SUCH APPROVAL LET THE LABOR TRIBUNALS WITH FREE HAND TO DO BUSINESS WITH THE WORKERS AND PLAINTIFF LAWSUITS OF LABOR MATTERS. SUCH LAW SAID THAT NON CRIMINAL OR ADMINISTRATIVE SANCTIONS APPLY FOR THE PUBLIC SERVANT ABUSES AGAINTS THE LABOR LAWS "THE LABOR LAW AND NORMATIVELY DO NOT FORESEE SIGNIFICATIVE SANCTIONS TO THOSE WHO INCURRE IN DISLOYAL PRACTICES AND INFORMALS CONTRARY TO THE LABOR LAWS" IT LAW IS ONLY FOR CRIMINALS. SINCE IT LAW LET PLAINTIFF AS A WORKER INTHE INDEFEN STATE DUE TO THE NEW TRIBUNALS OF LABOR SALE THE LABOR LAWSUITS OF THE WORKERS AND THE HIGH CORRUPTION IN THERE
4.- INJURY - STATE HOW YOU WERE INJURED BY DEFENDANTS. PLAINTIFF LOSS MONEY, TIME, PHYSICAL AND MENTAL EFFECTS FORCE IN PROCEEDINGS AGAINTS SUCH LABOR PROPOSAL 2012. IT ONLY DAMAGE PLAINTIFF FOR THE FREE HANDS OF THE LABOR TRIBUNALS WITHOUT SANCTIONS.
5.- ADMINISTRATIVE REMEDIES - PLEASE SEE: PAGE 5 (S) OF THIS COMPLAINT

## COUNT XVI

1.- STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED CONSPIRACY TO ABUSE OF AUTHORITY
2.- COUNT XVI. THE ISSUE INVOLVED IS ● BASIC NECESSITIES
3.- SUPPORTING FACTS:
DEFENDANT LA CAMARA DE DIPUTADOS, COMISION DEL TRABAJO Y PREVENCION SOCIAL DEL PODER LEGISLATIVO DE LOS ESTADOS UNIDOS DE MEXICO Y LA COMISION DE RELACIONES EXTERIORES DE NORTE AMERICA. PLAINTIFF ACCUSE THE DEFENDANTS IN COMMON AGREEMENT WITH THE MEXICAN PRESIDENT AFFIRME THE ENDED OF PLAINTIFF FREE CHOICE TO THE RIGHT OF CONCILIATION OR JUDGMENTS IN PLAINTIFF LABOR LAWSUITS BEFORE THE LABOR TRIBUNALS. IT DECISION DAMAGE THE PLAINTIFF CONDITION AS A WORKER. DUE TO PLAINTIFF HAVE A FREE CHOICE OF BOTH REMEDIES CONCILIATION OR JUDGMENT AT ANY LABOR LAWSUIT. DEFENDANTS VIOLATED THE PLAINTIFF INDIVIDUAL HUMAN RIGHTS.

"PAGE 5-F"   7

4 - INJURY - STATE THAT YOU WERE INJURED BY DEFENDANTS. PLAINTIFF LOSS MONEY, TIME, PHYSICAL AND MENTAL EFFORTS - FORCE IN THE PROCEEDINGS AGAINST THE DEFENDANTS OF THIS COMPLAINT. FOR ENDED THEY PRACTICES IN A BAD FAITH WAYS.

5 - ADMINISTRATIVE REMEDIES. - PLEASE SEE: PAGE 5 (S) OF THIS COMPLAINT

## COUNT XVII

1. - STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED: CONSPIRACY TO ABUSE OF AUTHORITY.

2 - COUNT XVII - THE ISSUE INVOLVED IS ● BASIC NECESSITIES

3 - SUPPORTING FACTS:
DEFENDANT LA CAMARA DE DIPUTADOS COMISION DEL TRABAJO Y PREVENCION SOCIAL DEL PODER LEGISLATIVO DE LOS ESTADOS UNIDOS DE MEXICO Y LA COMISION DE RELACIONES EXTERIORES DE NORTE AMERICA. PLAINTIFF ACCUSE DEFENDANT OF CONSPIRACY TO ABUSE OF AUTHORITY FOR THE VIOLATION OF PLAINTIFF HUMAN RIGHTS. DEFENDANTS DO NOT CUMPLY WITH THEY DUTYS AND RESPONSABILITIES WHILE THEY IN COMMON AGREEMENT WITH THE MEXICAN PRESIDENT, ENRIQUE PEÑA NIETO AFFIRMED THE LAW OF ONLY CONCILIATION BY FORCE AT ANY LABOR LAWSUITS BEFORE THE LABOR TRIBUNALS IN MEXICO.

4 - INJURY - STATE HOW YOU INJURED BY THE ACTIONS OF DEFENDANTS. PLAINTIFF LOSS MONEY, TIME, PHYSICAL AND MENTAL EFFORTS - FORCE, IN COMBATING PROCEEDINGS AGAINTS SUCH UNCONSTITUTIONAL LAW OF ONLY CONCILIATION BY FORCE.

5 - ADMINISTRATIVE REMEDIES - PLEASE SEE: PAGE 5 (S) OF THIS COMPLAINT

## COUNT XVIII

1. - STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED: CONSPIRACY TO ABUSE OF AUTHORITY.

2 - COUNT XVIII - THE ISSUE INVOLVED IS ● BASIC NECESSITIES

3 - SUPPORTING FACTS:
DEFENDANT LA CAMARA DE DIPUTADOS COMISION DEL TRABAJO Y PREVENCION SOCIAL DEL PODER LEGISLATIVO DE LOS ESTADOS UNIDOS DE MEXICO Y LA COMISION DE RELACIONES EXTERIORES DE NORTE AMERICA. PLAINTIFF ACCUSE DEFENDANTS OF CONSPIRACY TO ABUSE OF AUTHORITY FOR THE VIOLATION OF PLAINTIFF HUMAN RIGHTS. DEFENDANTS DO NOT CUMPLY WITH THEY MEXICAN DUTY'S AND RESPONSABILITIES, WHILE IN COMMON AGREEMENT WITH THE MEXICAN PRESIDENT. AFFIRMED THE ENDED OF THE PLAINTIFF FREE CHOICE TO THE RIGHT OF SEEK AND REQUEST BOTH REMEDI OF COMPENSATION FOR DEPRIVATIONS AND REINSTATEMENT BEFORE THE LABOR TRIBUNALS CONCERNING PLAINTIFF LABOR LAWSUITS.

4 - INJURY - STATE HOW YOU WERE INJURED BY THE ACTIONS OF DEFENDANTS. PLAINT LOSS MONEY, TIME, PHYSICAL AND MENTAL EFFORTS - FORCE IN COMBATING PROCEEDINGS AGAINTS SUCH ENDED LAW OF FREE CHOICE OF REMEDIES FOR LABOR VIOLATIONS.

5 - ADMINISTRATIVE REMEDIES - PLEASE SEE: PAGE 5 (S) OF THIS COMPLAINT.

## COUNT XIX

1. - STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED: CONSPIRACY TO ABUSE OF AUTHORITY.

2 - COUNT XIX - THE ISSUE INVOLVED IS ● BASIC NECESSITIES

3 - SUPPORTING FACTS:
DEFENDANT LA CAMARA DE DIPUTADOS COMISION DEL TRABAJO Y PREVENCION SOCIAL DEL PODER LEGISLATIVO DE LOS ESTADOS UNIDOS DE MEXICO Y LA COMISION DE RELACIONES EXTERIORES DE NORTE AMERICA. PLAINTIFF ACCUSE DEFENDANTS OF CONSPIRACY TO ABUSE OF AUTHORITY FOR THE VIOLATION OF PLAINTIFF HUMAN RIGHTS. DEFENDANTS DO NOT CUMPLY WITH THEY DUTY'S AND RESPONSABILITIES, WHILE THEY

"PAGE 5 - 9"

(8)

IN A COMMON AGREEMENT WITH THE MEXICAN PRESIDENT, ENRIQUE PEÑA NIETO AFFIRMED THE ENDED OF PLAINTIFF FREE CHOICE TO THE RIGHT OF CONCILIATION OR JUDGMENTS IN PLAINTIFF LABOR LAWSUITS BEFORE THE LABOR TRIBUNALS.

4 – INJURY – STATE HOW YOU WERE INJURED BY THE ACTIONS OF DEFENDANTS. PLAINTIFF LOSS MONEY, TIME, PHYSICAL AND MENTAL EFFORTS – FORCES IN COMBATING PROCEEDING AGAINST THE UNCONSTITUTIONALITY OR ONLY COMPENSATION FOR DEPRIVATIONS LAWS.

5 – ADMINISTRATIVE REMEDIES – PLEASE SEE: PAGE 5 (5) OF THIS COMPLAINT.

## COUNT XX

1 – STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED: ABUSE OF AUTHORITY.

2 – COUNT XX THE ISSUE INVOLVED IS ● BASIC NECESSITIES.

3 – SUPPORTING FACTS:
DEFENDANT LEGISLATURA DE LA CAMARA DE SENADORES, CAMARA DE SENADORES DEL CONGRESO DE LA UNION, COMISION DE ESTIMULACION ECONOMICA Y COMISION DEL TRABAJO Y PREVISION SOCIAL DEL PODER LEGISLATIVO Y LA COMISION DE RELACIONES EXTERIORES DE NORTE AMERICA. LOCATED AT SENADO DE LA REPUBLICA, PASEO DE LA REFORMA #135 ESQUINA C/INSURGENTES, COLONIA TABACALERA, ALCALDIA CUAUHTEMOC, CIUDAD DE MEXICO. C.P., 06030. PLAINTIFF ACCUSE THE DEFENDANTS ABUSE OF AUTHORITY FOR THE VIOLATION OR PLAINTIFF HUMAN RIGHTS. DEFENDANTS DO NOT FULLY COMPLY WITH THE WITH THEY DUTY'S AND RESPONSABILITIES FOR THEY ARBITRARY, CAPRICIOUSLY AND IN COMMON AGREEMENT WITH THE PRESIDENT OF MEXICO. AFFIRMED THE LABOR REFORM PROPOSAL OR 2012, WITHOUT LOOKING – REVIEW THAT SUCH LAW. LET THE LABOR TRIBUNALS WITH FREE HANDS TO DO BUSINESS WITH THE WORKER AND PLAINTIFF LABOR LAWSUITS SUCH LAW SAID THAT "NONCRIMINAL OR ADMINISTRATIVE SANCTIONS APPLY FOR THE PUBLIC SERVANT ABUSES AGAINST THE LABOR LAWS" "THE LABOR LAW AND NORMATIVELY DO NOT FORESEE SIGNIFICATIVE SANCTIONS TO THOSE WHO INCURRS IN DISLOYAL PRACTICES AND INFORE CONTRARY TO THE LABOR LAWS", IF LAW IS ONLY FOR CRIMINALS SINCE, IF LAW LET PLAINTIFF AS A WORKER IN THE UNDEFENSION STATE DUE TO THE NEW TRIBUNALS OR LABOR STATE THE LABOR COMPLAINTS TO THE BOSSES AND THE HIGH CORRUPTION IN THERE.

4 – INJURY – STATE HOW YOU WERE INJURED BY DEFENDANTS. PLAINTIFF LOSS MONEY, TIM PHYSICAL AND MENTAL EFFORTS – FORCES IN PROCEEDINGS AGAINST SUCH LABOR PROPOSAL 2012 ONLY DAMAGE PLAINTIFF FOR THE "FREE HANDS" OF THE LABOR TRIBUNALS WITHOUT SANCTIONS

5 – ADMINISTRATIVE REMEDIES – PLEASE SEE: PAGE 5 (5) OF THIS COMPLAINT

## COUNT XXI

1 – STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED: CONSPIRACY TO ABUSE OF AUTHORITY ● BASIC NECESSITIES

2 – COUNT XXI – THE ISSUE INVOLVED IS

3 – SUPPORTING FACTS:
DEFENDANT LEGISLATURA DE LA CAMARA DE SENADORES, CAMARA DE SENADORES DEL CONGRESO DE LA UNION, COMISION DE ESTIMULACION ECONOMICA Y COMISION DEL TRABAJO Y PREVISION SOCIAL DEL PODER LEGISLATIVO Y LA COMISION DE RELACIONES EXTERIORES DE NORTE AMERICA. PLAINTIFF ACCUSE THE DEFENDANTS IN COMMON AGREEMENT WITH THE MEXICAN PRESIDENT AFFIRMED THE ENDED OF PLAINTIFF FREE CHOICE TO THE RIGHT OF CONCILIATION OR JUDGMENTS IN PLAINTIFF LABOR LAWSUITS BEFORE LABOR TRIBUNALS. IT DECISION DAMAGE THE PLAINTIFF CONDITIONS AS A WORKER. DUE TO PLAINTIFF HAVE A FREE CHOICE OF BOTH REMEDIES CONCILIATION OR JUDGMENT AT ANY LABOR LAWSUITS. DEFENDANT VIOLATED THE PLAINTIFF HUMAN RIGHTS.

4 – INJURY SUFFER BY PLAINTIFF IN THE HANDS OF DEFENDANTS. HE LOSS TIME, MONEY

5 – ADMINISTRATIVE REMEDIES – PLEASE SEE: PAGE 5 (5) OF THIS COMPLAINT.

"PAGE 5-H"

9

## COUNT XXII

1.- STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED: CONSPIRACY TO ABUSE OF AUTHORITY

2.- COUNT XXII. THE ISSUE INVOLVED IS ● BASIC NECESSITIES

3.- SUPPORTING FACTS:
DEFENDANT LA LEGISLATURA DE LA CAMARA DE SENADORES, CAMARA DE SENADORES DEL CONGRESO DE LA UNION, COMISION DE ESTIMULACION ECONOMICA Y COMISION DEL TRABAJO Y PREVISION SOCIAL DEL PODER LEGISLATIVO Y LA COMISION DE RELACIONES EXTERIORES DE NORTE AMERICA. PLAINTIFF ACCUSE DEFENDANT CONSPIRACY TO ABUSE OF AUTHORITY FOR THE VIOLATION OF PLAINTIFF HUMAN RIGHTS. DEFENDANTS DO NOT COMPLY WITH THEY DUTY'S AND RESPONSABILITIES, SINCE THEY IN COMMON AGREEMENT WITH THE MEXICAN PRESIDENT ENRIQUE PEÑA NIETO AFFIRMED THE LAW OF ONLY CONCILIATION BY FORCE AT ANY LABOR LAWSUITS BEFORE THE LABOR TRIBUNALS IN MEXICO.

4.- INJURY.- STATE HOW YOU WERE INJURED BY THE ACTIONS OF DEFENDANTS. PLAINTIFF LOSS MONEY, TIME PHYSICAL AND MENTAL EFFORTS-FORCE IN THE COMBATING PROCEEDINGS AGAINST SUCH LAW OF ONLY CONCILIATION BY FORCE.

5.- ADMINISTRATIVE REMEDIES - PLEASE SEE: PAGE 5 (5) OF THIS COMPLAINT.

## COUNT XXIII

1.- STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED: CONSPIRACY TO ABUSE OF AUTHORITY

2.- COUNT XXIII. THE ISSUE INVOLVED IS ● BASIC NECESSITIES

3.- SUPPORTING FACTS:
DEFENDANT LA LEGISLATURA DE LA CAMARA DE SENADORES, CAMARA DE SENADORES DEL CONGRESO DE LA UNION, COMISION DE ESTIMULACION ECONOMICA Y COMISION DEL TRABAJO Y PREVISION SOCIAL DEL PODER LEGISLATIVO Y LA COMISION DE RELACIONES EXTERIORES DE NORTE AMERICA. PLAINTIFF ACCUSE DEFENDANTS OF CONSPIRACY TO ABUSE OF AUTHORITY TO VIOLATED PLAINTIFF HUMAN RIGHTS. THEY DO NOT COMPLY WITH THEY DUTY'S AND RESPONSABILITIES. THEY IN COMMON AGREEMENT WITH THE MEXICAN PRESIDENT AFFIRMED THE ENDED OF THE PLAINTIFF RIGHTS OF FREE CHOICE TO SEEK AND REQUEST BOTH REMEDIES OF COMPENSATION TO DEPRIVATIONS AND REINSTATEMENT BEFORE THE TRIBUNALS OF LABOR LAWSUITS.

4.- INJURY.- STATE HOW YOU WERE INJURED BY THE ACTIONS OF DEFENDANTS. PLAINTIFF LOSS MONEY, TIME, PHYSICAL AND MENTAL EFFORTS-ACTIONS-FORCE IN COMBATING THE PROCEEDINGS AGAINST SUCH ENDED PLAINTIFF RIGHTS OF FREE CHOICE OF REMEDIES.

5.- ADMINISTRATIVE REMEDIES - PLEASE SEE: PAGE 5 (5) OF THIS COMPLAINT.

## COUNT XXIV

1.- STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHTS THAT WAS VIOLATED: CONSPIRACY TO ABUSE OF AUTHORITY.

2.- COUNT XIV. THE ISSUE INVOLVED IS ● BASIC NECESSITIES

3.- SUPPORTING FACTS:
DEFENDANT LA LEGISLATURA DE LA CAMARA DE SENADORES, CAMARA DE SENADORES DEL CONGRESO DE LA UNION, COMISION DE ESTIMULACION ECONOMICA Y COMISION DEL TRABAJO Y PREVISION SOCIAL DEL PODER LEGISLATIVO Y LA COMISION DE RELACIONES EXTERIORES DE NORTE AMERICA. PLAINTIFF ACCUSE THE DEFENDANTS OF CONSPIRACY OF AND TO ABUSE OF AUTHORITY FOR THE VIOLATION OF PLAINTIFF HUMAN RIGHTS. DEFENDANTS DO NOT COMPLY WITH THEY DUTY'S AND RESPONSABILITIES. WHILE THE CONSPIRACY IN A COMMON AGREEMENT WITH THE MEXICAN PRESIDENT ENRIQUE PEÑA NIETO TO AFFIRMED THE LAW OF ONLY COMPENSATION FOR DEPRIVATIONS AT ANY LABOR LAWSUITS BEFORE THE LABOR TRIBUNALS.

4.- INJURY. PLAINTIFF LOSS MONEY, TIME, PHYSICAL AND MENTAL EFFORTS-IN COMBATING THE PROCEEDINGS AGAINST SUCH ONLY COMPENSATION FOR DEPRIVATIONS IN LABOR LAWSUITS.

5.- ADMINISTRATIVE REMEDIES - PLEASE SEE: PAGE 5 (5) OF THIS COMPLAINT.

" PAGE 5-1 "

10

4 - INJURY - STATE HOW YOU WERE INJURED BY DEFENDANT ACTIONS. PLAINTIFF LOSS MONEY, TIME, PHYSICAL AND MENTAL EFFORTS-FORCE IN COMBATING THE PROCEEDINGS AND REMEDIES AGAINTS SUCH LAW OF CONCILIATION BY FORCE.

5 - ADMINISTRATIVE REMEDIES - PLEASE SEE: PAGE 5 (S) OF THIS COMPLAINT

## COUNT XXVIII

1 - STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATE CONSPIRACY TO ABUSE OF AUTHORITY

2 - COUNT XXVIII. THE ISSUE INVOLVED IS ● BASIC NECESSITIES

3 - SUPPORTING FACTS:
DEFENDANT LA CAMARA DEL PODER EXECUTIVO DE LOS ESTADOS UNIDOS MEXICANA PLAINTIFF ACCUSE DEFENDANTS OF CONSPIRACY TO ABUSE OF AUTHORITY TO DEPRIVE HIM OF HIS HUMAN RIGHTS. DEFENDANTS DO NOT COMPLY WITH THEY DUTY'S AND RESPONSABILITIES, WHILE IN COMMON AGREEMENT DEFENDANTS AFFIRMED THE ENDED OF PLAINTIFF FREE CHOICE TO THE RIGHT OF SEEK AND REQUEST BOTH REMEDIES OF COMPENSATION FOR DEPRIVATIONS AND REINSTATEMENT BEFORE THE LABOR TRIBUNALS IN PLAINTIFF LABOR LAWSUITS.

4 - INJURY - STATE HOW YOU WERE INJURED BY THE DEFENDANTS. PLAINTIFF LOSS MONEY, TIME, PHYSICAL AND MENTAL FORCE - EFFORTS IN COMBATING PROCEEDING AGAINTS SUCH LAW OF ENDED PLAINTIFF FREE CHOICE OF REMEDIES.

5 - ADMINISTRATIVE REMEDIES - PLEASE SEE: PAGE 5 (S) OF THIS COMPLAINT

## COUNT XXIX

1 - STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED CONSPIRACY TO ABUSE OF AUTHORITY

2 - COUNT XXIX. THE ISSUE INVOLVED IS ● BASIC NECESSITIES.

3 - SUPPORTING FACTS:
DEFENDANT LA CAMARA DEL PODER EXECUTIVO DE LOS ESTADOS UNIDOS DE MEXICO. PLAINTIFF ACCUSE DEFENDANTS OF CONSPIRACY TO ABUSE OF AUTHORITY TO DEPRIVED HIM OF HE'S HUMAN RIGHTS. DEFENDANTS DO NOT COMPLY WITH THEY DUTY'S AND RESPONSABILITIES, SINCE THEY ACTING IN A COMMON AGREEMENT WHILE, THEY AFFIRMED THE LABOR LAW OF ONLY COMPENSATION FOR LABOR DEPRIVATIONS AT ANY AND ALL LAWSUITS BEFORE THE LABOR TRIBUNALS.

4 - INJURY - STATE HOW YOU WERE INJURED BY THE DEFENDANTS ACTIONS. PLAINTIFF LOSS MONEY, TIME, PHYSICAL AND MENTAL EFFORTS-FORCE IN COMBATING PROCEEDING AGAINTS THE LAW OF ONLY COMPENSATION FOR LABOR DEPRIVATIONS.

5 - ADMINISTRATIVE REMEDIES - PLEASE SEE: PAGE 5 (S) OF THIS COMPLAINT.

"PAGE 5-K"   12

### E. REQUEST FOR RELIEF

State the relief you are seeking: 1) Compensatory economic and monetary damages of 10,000 U.S. dollars, plus damages for mental torture, pain and suffering in defendants hands.
2) Request for an order to prohibited and forbid the defendants to perform any type of service and duty's at any public post of the Mexican, state and municipal government.
3) Request for an order that defendants pay any and all monetary cost of the plaintiff complaint litigation-process.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __September 11, 2023__
DATE

September 11, 2023

__N/A__
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

__Martin Moreno Ruiz__
SIGNATURE OF PLAINTIFF

Martin Moreno Ruiz

__N/A__
(Signature of attorney, if any)

__N/A__
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# E. REQUEST FOR RELIEF

4- Plaintiff request to the United States of Mexico to raise and lift the Mexican labor minimum wages and salary to living like a human being with little dignity.

5.- Plaintiff request for an order, decree, agreement or otherwise to made and make valid he's natural human and constitutional right to seek and request both remedies of compensation for deprivations and reinstatement at any and all labor lawsuits from the workers in the United States of Mexico labor tribunals.

6- Plaintiff request for an order, decree, agreement or otherwise for the reinstatement of the 2010 United States of Mexico labor law which make and made valid the plaintiff natural and constitutional rights to seek and request both remedies of compensation for deprivations and reinstatement at any and all labor lawsuits from the workers.

7.- Plaintiff request for an order, decree, agreement or otherwise to made and make invalid the United States of Mexico labor laws and reform of 2012 concerning the worker only right to seek and request only one remedy of compensation for deprivations in he's lawsuits before labor tribunals.

8.- Plaintiff request for the creation, annexation, inclusion and approval of a new article in to the United States of Mexico labor laws codes, which point out, and specify the labor normative and sanctions for violations, deprivations of they duty's and responsabilitie while they acting contrary to the Mexican labor laws and codes. Such labor normative like attention calls, economic punishment, corporal sanctions, formal criminal charges, inabilitation for the public service ect.. ect..----.

9.- Plaintiff request to the Mexican states and government of the United States of Mexico to place and made mandatory the installation of video cameras in all detainees investigation rooms like in Juarez City of Chihuahua, Mexico. In all detainees interrogatory sessions of criminal charges in all Mexican Republic judicial system's.

10.- Plaintiff request for a total change of any and all United States of Mexico federal, state and municipal penal codes articles concerning the assignation by force of a public defendant - attorney for representing an indigent detainees. Those who are charged with a formal crime in the United States of Mexico.

11.- Plaintiff request for a freedom of choice about the assignation of public defendant-attorney by force for representing an indigent detainee who is charged with a formal crime in the United States of Mexico.

12.- Plaintiff request for a freedom of choice to change the assigned by force public defendents - attorney, who representing an indigent detainees or persons who is charged with formal crimes in the United States of Mexico. If such assigned by force public defender-attorney acting contrary to the Mexican penal laws and codes.

13.- Plaintiff request for the reinstatement of the death penalty for the crime of intentional and purpusely homicide in the United States of Mexico.

"PAGE 6-A"                                                                        13

# E. REQUEST FOR RELIEF

14.- PLAINTIFF REQUEST FOR THE CREATION OF THE NEW ARTICLE INTO THE FEDERAL, STATE AND MUNICIPAL PENAL CODES AND LAWS, WHICH AUTHORIZE THE SELF-REPRESENTATION AT ANY AND ALL PROCEEDINGS BEFORE THE COURT OF LAW FOR ANY AND ALL INDIGENT DETAINEES IN THE UNITED STATES OF MEXICO. DUE TO THE MEXICAN GOVERNMENT LAWS OF ASSIGNATION BY FORCE OF THE PUBLIC DEFENDER-ATTORNEY TO THE INDIGENT DETAINEES.

15.- PLAINTIFF REQUEST FOR AN ORDER, DECREE, AGREEMENT OR OTHERWISE TO PROHIBIT AND FORBID ANY AND ALL CRIMINAL, PRIVATE PERSONAL, PARTICULAR CONTRACT AND CONCESSIONS OF THE UNITED STATES OF MEXICO DEPARTMENT OF CORRECTIONALS FACILITIES, STATE PENITENTIARIES, AND ALL JAIL HOUSES TO PREVENT FUTURE CRIMES. THE MEXICAN STATE HAVE TO TAKE ACCOUNT AND CONSIDERED THAT DETAINEES ARE NOT A PRIVATE, PERSONAL AND PARTICULAR ITEMS OF THE MEXICAN DEPARTMENT OF CORRECTIONALS

16.- PLAINTIFF REQUEST TO KNOW THE FULL AND COMPLETE NAMES OF THE MEMBERS OF THE MEXICAN DEPUTY AND SENATE CHAMBERS, WHO APPROVED BETWEEN 2009 AND 2019 YEARS, THE MILITARY, EDUCATIONAL, ECONOMIC, PENAL, LABOR AND OTHERS REFORMS IN THE UNITED STATES OF MEXICO.

PLAINTIFF DECLARE THAT THE FOREGOING IS TRUE AN CORRECT TO THE BEST OF HE'S KNOWLEDGE, ABILITY AND BELIEF UNDER PENALTY OF PERJURY.

SIGNED by Martín Moreno Ruíz     ON SEPTEMBER 11, 2023

Martín Moreno Ruíz     ON SEPTEMBER 11, 2023

"PAGE 6-B"

[14]

Affidavit of service
By mail

Comes now Martin Moreno Ruiz, who depose and say That I have deposited one (1) envelope into the Mexican postal service.
Which contents The original signature on His 28 U.S.C. 1983 civil action

ADDRESSED TO:
Sandra Day O'Connor U.S. Courthouse, suite 130
401 W. washington street, spc 1
Phoenix, Arizona. 85003-2118

I Declare under penalty of perjury That all the above in here mentioned is true and correct, pursuant my habilities and beliefs.

September 11, 2023,   Martin Moreno Ruiz
                      Martin Moreno Ruiz
                      in propia personam.